■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKAL AMEEN, Appellant. [788 NYS2d 878]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 1, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Hurlbutt, Scudder, Lawton and Hayes, JJ.